| | |
|---|---|
| 1 | MAURICE SUH, SBN 147485 |
|   |   msuh@gibsondunn.com |
| 2 | KAHN A. SCOLNICK, SBN 228686 |
|   |   kscolnick@gibsondunn.com |
| 3 | DANIEL L. WEISS, SBN 242022 |
|   |   dweiss@gibsondunn.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP |
|   | 333 South Grand Avenue |
| 5 | Los Angeles, CA  90071-3197 |
|   | Telephone:  213.229.7000 |
| 6 | Facsimile:   213.229.7520 |
| 7 | Attorneys for Plaintiffs INDUSTRIAL BANK OF KOREA; NONGHYUP BANK; KEB HANA BANK; KOOKMIN BANK |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| INDUSTRIAL BANK OF KOREA; an agency or instrumentality of the Republic of Korea NONGHYUP BANK; a corporation of the Republic of Korea; KEB HANA BANK, a corporation of the Republic of Korea; KOOKMIN BANK, a corporation of the Republic of Korea, | | CASE NO. 2:17-cv-07646 |
| | | **CORPORATE DISCLOSURE STATEMENT** |
| | | [Fed. R. Civ. P. 7.1] |
| Plaintiffs, | | |
| v. | | |
| ASI CORPORATION, a Delaware Corporation; ASI COMPUTER TECHNOLOGIES, INC., a California Corporation; BILL CHEN, an individual; HENRY CHEN a/k/a HUNG CHEN, an individual; FRANCES CHOU a/k/a MEILING CHOU, an individual; CHRISTINE LIANG a/k/a CHRISTINE LI-YIN LIANG a/k/a LI YIN CHU, an individual; NEWEGG, INC., a Delaware Corporation; MAGNELL ASSOCIATE INC., DBA NEWEGG.COM, a California Corporation; and DOES 1 through 10, inclusive, | | |
| Defendants. | | |

Pursuant to Federal Rule of Civil Procedure 7.1 Plaintiffs Industrial Bank of Korea ("IBK"), NongHyup Bank ("NH"), KEB Hana Bank ("KEB Hana"), and Kookmin Bank ("KB") state as follows:

1. IBK is a bank incorporated under the laws of the Republic of Korea, and it is an agency or instrumentality of the Republic of Korea. It has no parent company and no publicly-held corporation owns 10% or more of its stock.

2. NH is a bank incorporated under the laws of the Republic of Korea. It is a wholly owned subsidiary of NongHyup Financial Group Inc., a privately-held financial holding company in the Republic of Korea. NongHyup Financial Group is a wholly owned subsidiary of The National Agricultural Cooperative Federation, a federation of cooperatives in the Republic of Korea. The National Agricultural Cooperative Federation has no parent company, and no publicly-held corporation owns 10% or more of its stock.

3. KEB Hana is a bank incorporated under the laws of the Republic of Korea. It is a wholly owned subsidiary of Hana Financial Group Inc., a publicly-held financial holding company in the Republic of Korea. Hana Financial Group has no parent company, and no publicly-held corporation owns 10% or more of its stock.

4. KB is a bank incorporated under the laws of the Republic of Korea. It is a wholly owned subsidiary of KB Financial Group Inc., a publicly-held financial holding company in the Republic of Korea. KB Financial Group has no parent company, and no publicly-held corporation owns 10% or more of its stock.

Dated: October 18, 2017

MAURICE SUH
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Maurice Suh
        Maurice Suh

Attorneys for Plaintiffs