| | |
|---|---|
| 1 | MAURICE SUH, SBN 147485 |
| |    msuh@gibsondunn.com |
| 2 | KAHN A. SCOLNICK, SBN 228686 |
| |    kscolnick@gibsondunn.com |
| 3 | DANIEL L. WEISS, SBN 242022 |
| |    dweiss@gibsondunn.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 5 | Los Angeles, CA  90071-3197 |
| | Telephone:  213.229.7000 |
| 6 | Facsimile:   213.229.7520 |
| 7 | Attorneys for Plaintiffs INDUSTRIAL BANK OF KOREA; NONGHYUP BANK; KEB HANA BANK; KOOKMIN BANK |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INDUSTRIAL BANK OF KOREA, an agency or instrumentality of the Republic of Korea; NONGHYUP BANK, a corporation of the Republic of Korea; KEB HANA BANK, a corporation of the Republic of Korea; KOOKMIN BANK, a corporation of the Republic of Korea, <br><br>          Plaintiffs, <br><br>   v. <br><br>ASI CORPORATION, a Delaware Corporation; ASI COMPUTER TECHNOLOGIES, INC., a California Corporation; BILL CHEN, an individual; HENRY CHEN a/k/a HUNG CHEN, an individual; FRANCES CHOU a/k/a MEILING CHOU, an individual; CHRISTINE LIANG a/k/a CHRISTINE LI-YIN LIANG a/k/a LI YIN CHU, an individual; NEWEGG, INC., a Delaware Corporation; MAGNELL ASSOCIATE INC., DBA NEWEGG.COM, a California Corporation; and DOES 1 through 10, inclusive, <br><br>          Defendants. | CASE NO. 2:17-cv-07646 <br><br> Related Case: <br><br> Case No. 2:16-cv-02056-MWF-JPR <br><br> **PLAINTIFFS' NOTICE OF RELATED CASE** <br><br> [Local Rule 83-1.3] |

Pursuant to Civil Local Rule 83-1.3, Plaintiffs Industrial Bank of Korea, NongHyup Bank, KEB Hana Bank, and Kookmin Bank (collectively, "Plaintiffs") hereby provide notice of a related case currently pending in the Central District of California.

This case is related to *The Export-Import Bank of Korea v. ASI Corporation et al.*, Case No. 2:16-cv-02056-MWF-JPR because it "arise[s] from the same or a closely related transaction, happening, or event," and "call[s] for determination of the same or substantially related or similar questions of law and fact." L.R. 83-1.3.1.  Both cases arise out of a fraudulent scheme perpetrated by Moneual, Inc. ("Moneual"), a Korean computer and home appliance manufacturer, by which it fraudulently secured more than $3 billion in loans from more than ten major Korean banks, with the assistance of its foreign importers.  The Plaintiffs in each action are banks that fell victim to Moneual's scheme, and both cases name all of the same Defendants except for Defendants Newegg, Inc., and Magnell Associate Inc., DBA Newegg.com.  Specifically, both cases allege that certain importers of Moneual products, and executives, employees or agents of those importers, conspired with Moneual to defraud the banks by issuing fraudulent purchase orders that Moneual used to sell export receivables to the Plaintiff-banks in exchange for loans or advances.

Accordingly, because it "would entail substantial duplication if [this case is] heard by [a] different judge[]," L.R. 83-1.3.1, Plaintiffs respectfully request that this case, like *The Export-Import Bank of Korea v. ASI Corporation et al.*, be assigned to Judge Michael W. Fitzgerald.

| | | |
|---|---|---|
| 1 | Dated:  October 18, 2017 | MAURICE SUH |
| 2 | | GIBSON, DUNN & CRUTCHER LLP |
| 3 | | |
| 4 | | By:  /s/ Maurice Suh |
| | | Maurice Suh |
| 5 | | |
| 6 | | Attorneys for Plaintiffs |