UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-7646-MWF(JPRx)**                    Dated: **October 15, 2018**

Title:      Industrial Bank of Korea, et al. -*v*- ASI Corporation, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                              Amy Diaz
    Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    Kahn A. Scolnick                          Philip H. Lo
    Jason Kim                                 Robert I. Westerfield
                                              Max C. Chiang

**PROCEEDINGS:        SCHEDULING CONFERENCE**

    Case called and counsel make their appearance.  The Scheduling Conference held.  The Court will issue dates and deadlines at a later date in a separate order.

    **IT IS SO ORDERED.**